IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARTIN L. HOOVER<br>    Plaintiff, | § § § | |
| VS. | § | Case No. 4:12cv165 |
| ONEWEST SERVICES, LLC<br>    Defendant. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 4, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss Plaintiff's Original Petition (Dkt. 7) be GRANTED and that Plaintiff's claims be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant's Motion to Dismiss Plaintiff's Original Petition (Dkt. 7) is GRANTED and Plaintiff's claims shall be dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 18th day of March, 2013.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE